103 A.3d 798

IN THE MATTER OF SALEEMAH M. BROWN, A/K/A SALEEMAH MALIKAH KHALEEFAH BROWN, AN ATTORNEY AT LAW (ATTORNEY NO. 044482006).

December 10, 2014.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **SALEEMAH M. BROWN, A/K/A SALEEMAH MALIKAH KHALEEFAH BROWN** of **PATERSON,** who was admitted to the bar of this State in 2008, and who was suspended from the practice of law for a period of three months effective July

17, 2014, by Order of this Court filed June 18, 2014, be restored to the practice of law, effective immediately.